# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2187 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 88 DB 2015 |
| v. | : | |
| | : | Attorney Registration No. 27125 |
| GEORGE ALLEN ORLOWITZ, | : | |
| Respondent | : | (Montgomery County) |

## O R D E R

**PER CURIAM**

  **AND NOW**, this 15th day of July, 2015, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated June 24, 2015, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Pa.R.D.E. 215(g), and it is

  ORDERED that George Allen Orlowitz is suspended on consent from the Bar of this Commonwealth for a period of five years, and he shall comply with all the provisions of Pa.R.D.E. 217.